UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:03-cr-113-FtM-29CM

VICTOR FERNANDEZ

### ORDER

This matter comes before the Court upon Defendant Victor Fernandez's Motion for a Criminal Docket Sheet (Doc. 277) filed on January 20, 2017. Defendant, who is proceeding *pro se*, seeks a copy of this matter's docket sheet. Doc. 277. Defendant alleges that he is unable to pay for the requested document because he currently is incarcerated. *Id.* In light of Defendant's incarceration, the Court will direct the Clerk of Court to mail a copy of this matter's docket sheet to Defendant without any charge.

ACCORDINGLY, it is hereby

**ORDERED:**

Victor Fernandez's Motion for a Criminal Docket Sheet (Doc. 277) is **GRANTED**. The Clerk of Court is directed to mail a copy of this matter's docket sheet to Defendant without any charge.

**DONE** and **ORDERED** in Fort Myers, Florida on this 31st day of January, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Victor Fernandez *pro se*
Counsel of record